| | | | |
|---|---|---|---|
| DEFT: | Michael Fuller (J)# | CASE NO: | 00-4079-BSS |
| AUSA: | Diana Fernandez *present* | ATTNY: | |
| AGENT: | FBI | VIOL: | Money Laundering |
| PROCEEDING: | Initial Appearance | BOND REC: | |

BOND HEARING HELD — yes/no    COUNSEL APPOINTED:

BOND SET @ $50,000    PSB

CO-SIGNATURES: _____

FILED by ___ D.C.
APR 14 2000

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms — must surr gun to another by Monday.
10) Curfew: _____
11) Travel extended to: SD/PR
12) ___ Halfway House
    ___ Electronic Monitoring

Reside at current address, no illegal drugs or excessive alcohol

Advised of charges
A-sworn

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 5-1-00 | 11:00 | LSS |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. or REMOVAL: | 5-1-00 | 11:00 | LSS |
| STATUS CONFERENCE: | | | |

DATE: 4-14-00    TIME: 11:00am    TAPE # 00-028 PG # 9

130-280  6 pp
3/5