UNITED STATES DISTRICT COURT
Southern District of Florida

FILED by _____ D.C.
APR 17 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

U.S. Marshal # 55_____

UNITED STATES OF AMERICA )
              Plaintiff ) Case Number: CR 00-7077-DSS
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION

Michael FULLER
             Defendant

*****************************************************
TO: Clerk's Office   MIAMI   FT. LAUDERDALE   W. PALM BEACH
   U.S. District Court   (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE
*****************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 04/13/00 _____ am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: Money Laundering

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 03/25/52

(6) Type of Charging Document: (check one)
   [ ] Indictment  [ ] Complaint  To be filed/Already filed
   Case# _____

   [ ] Bench Warrant for Failure to Appear
   [ ] Probation Violation Warrant
   [ ] Parole Violation Warrant

   Originating District: S/D FL

   COPY OF WARRANT LEFT WITH BOOKING OFFICER: [ ] YES [ ] NO

Amount of Bond: $ 50K P.S.
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____ (9) Arresting Officer: SA

(10) Agency: _____ (11) Phone: _____

(12) Comments: _____