FILED by _____ D.C.

APR 7 2000

CLERK U.S. DIST. CT.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55

UNITED STATES OF AMERICA )
             Plaintiff ) Case Number: CR 00-7077-DSS
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
Michael FULLER )
)
    Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office   MIAMI   FT. LAUDERDALE   W. PALM BEACH
    U.S. District Court   (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: 04/13/00 _____ am/pm

(2)  Language Spoken: English

(3)  Offense(s) Charged: Money Laundering

(4)  U.S. Citizen  [✓] Yes  [ ] No  [ ] Unknown

(5)  Date of Birth: 03/25/57

(6)  Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

Amount of Bond: $ 50K P.S.
Who set Bond: _____

(7)  Remarks: _____

(8)  Date: _____ (9) Arresting Officer: SA

(10) Agency: _____ (11) Phone: _____

(12) Comments: _____