UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

MIKE FULLER,     CASE NO.00-4079-BSS

Defendant,
_____/

### PRAECIPE FOR APPEARANCE

The Clerk of the United States District Court in and for the Southern District Court will please enter an Appearance of the undersigned attorney for the Defendant, MIKE FULLER, in the above styled cause for trial purposes only.

SAMUEL J. MONTESINO, P.A.
Attorney for the Defendant
1100 North Olive Avenue
West Palm Beach, Florida 33401
(561) 832-3225

BY:_____
    SAMUEL J. MONTESINO

16 pv