COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: MICHAEL FULLER (B)       CASE NO: 00-4079-SELTZER
AUSA: DIANA FERNANDEZ /s/ Rosenthal    ATTY: Samuel Montesino /perm
AGENT: _____   VIOL: _____
PROCEEDING INQ RE CNSL/PRELIM/ARR.  RECOMMENDED BOND _____
BOND HEARING HELD - yes/no       COUNSEL APPOINTED _____

FILED by ___ D.C.
MAY - 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

_____ BOND SET @ _____
_____ SPECIAL CONDITIONS: _____
1) To be cosigned by: _____
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to: _____

Waiver of timely prelim hrg executed

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL: _____
                        PTD/BOND HRG: _____
                        PRELIM/ARRAIGN: 6-1  //  LSS
                        REMOVAL HRG: _____
                        STATUS CONF: _____

Date: 5-1-00   Time 11:00   FTL/LSS TAPE #00- 023   Begin: 1223   End: 1315