COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: MICHAEL FULLER (B)   CASE NO: 00-4079-SELTZER

AUSA: DIANA FERNANDEZ /s/ _illegible_   ATTY: Samuel Montesino /s/ _illegible_

AGENT: ____   VIOL: ____

PROCEEDING INQ RE CNSL/PRELIM/ARR.   RECOMMENDED BOND ____

BOND HEARING HELD - yes/no   COUNSEL APPOINTED ____

___ BOND SET @

___ SPECIAL CONDITIONS:

FILED by _____ MAY - 1 2000  CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

1) To be cosigned by:

2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person

3) Travel extended to:

Waiver of timely prelim hrg executed

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:

PTD/BOND HRG:

PRELIM/ARRAIGN: 6-1   11   LSS

REMOVAL HRG:

STATUS CONF:

Date: 5-1-00   Time 11:00   FTL/LSS TAPE #00- 023   Begin: 1223   End: 1315