# United States District Court
## for the
## Southern District of Florida

### NOTICE REGARDING PASSPORT

1. [X] **NOTICE OF ORDER NOT TO OBTAIN PASSPORT**
2. [ ] **NOTICE OF SURRENDERED PASSPORT**
3. [ ] **REMOVAL OF NOTICE OF SURRENDERED PASSPORT OR ORDER NOT TO OBTAIN A PASSPORT**

TO: Director, Office of Citizenship
Appeals and Legal Assistance
1425 K Street NW, Room 300
Washington, D.C. 20522-1705

RE: MICHAEL FULLER

DATE OF BIRTH: 03251950

PLACE OF BIRTH: NEW YORK

SSN: 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

PASSPORT RECEIVED FROM: N/A



1. [X] **PURSUANT TO THE** Court's order entered on 4/14/00 in Case number 00-4079-BSS, the defendant is not permitted to apply for the issuance of a passport during the pendency of the action.

2. [ ] **PURSUANT TO THE** Court's order entered on in Case Number , Passport Number issued to the above-named defendant was surrendered to the custody of the Clerk of U.S. District Court on , and the defendant is not permitted to apply for the issuance of another passport during the pendency of this action.

3. [ ] **ON** , our office filed a notice of:
   [ ] Surrendered Passport on Passport Number on the above-named defendant; or
   [ ] An Ordered Not To Obtain A Passport on the above-named defendant.

   This is to provide notice that the above case has been disposed of and the above order of the Court is no longer in effect. Please remove notice from your records.

Sincerely,

Distribution:
Original to Case File
U.S. Department of State
Defendant (or representative)
Clerk of Court
Copy with Passport

JOAN BALIS
U. S. Probation Office
701 Clematis Street
Suite 221
West Palm Beach, Fl 33401