UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NUMBER 00-4079-BSS

UNITED STATES OF AMERICA

    Plaintiff,

v.

MICHAEL FULLER,

    Defendant.

_____/

## UNOPPOSED MOTION TO ALLOW FOR TRAVEL WITHIN STATE

NOW COME the Defendant, Michael Fuller, through counsel, and respectfully moves this Honorable Court to amend his conditions of release, pursuant to 18 U.S.C.§3145(a)(2), to permits Michael Fuller to travel to Tampa Florida on May 11th, 2000 from 4:30 a.m. through May 11th, 2000, at or around 2:10p.m.. In support thereof, counsel states as follows:

1. Pursuant to conditions of Michael Fuller's release, he must restrict his travel within the Southern District of Florida.

2. The Defendant has abided by all conditions of his release.

3. Assistant U.S Attorney Diana Fernandez does not oppose this motion.

4. The Defendant's pretrial services officer also does not oppose this motion.

5. The Defendant will abide by all other conditions of his Release and will provide his pretrial services officer a contact number to reach him during his time in Tampa.

6. The reason for this request is that Michael Fuller's business requires one day of travel to Tampa.

**WHEREFORE** this Honorable Court is respectfully urged, pursuant to this unopposed motion, to amend the conditions of Michael Fuller's release as requested.

                              Respectfully submitted
                              SAMUEL J. MONTESINO P.A.
                              Attorney for the Defendant
                              Fl. Bar No.: 0043011
                              1100 N. Olive Ave.
                              West Palm Beach, Florida 33401
                              (516) 832-3225

BY: _____
      SAMUEL J. MONTESINO