UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA

V.   CASE NO. 00-4079-BSS

MICHAEL FULLER,

Defendant
_____/

### ORDER ON UNOPPOSED MOTION TO ALLOW FOR TRAVEL

**THIS CAUSE** having come before this Court upon Defendant, MICHAEL Fuller's, UNOPPOSED Motion to Allow for Travel and the Court being fully advised in the premises, it is hereby;

**ORDERED AND ADJUDGED** as follows:

1. Defendant shall be allowed to leave the Southern District of Florida to travel to Tampa Florida on May 11, 2000 and is to return on the same day; and

2. The Defendant shall be required to provide a contact number to his pretrial services officer during his time in Tampa.

**DONE AND ORDERED** in Chambers this 10th day of May, 2000.

HONORABLE JUDGE SELTZER
United States Magistrate Judge

cc:
AUSA Diana Fernandez, 299E Broward Blvd. Fort Lauderdale, Florida 33301
Samuel J. Montesino, P.A., 1100 North Olive Ave., West Palm Beach, Florida 33401