## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | MICHAEL FULLER (B) | CASE NO: | 00-6181-CR-ZLOCH |
| AUSA: | DIANA FERNANDEZ /pres | ATTY: | SAMUEL MONTESINO, ESQ. /pres |
| AGENT: | | VIOL: | |
| PROCEEDING: | ARRAIGNMENT | RECOMMENDED BOND: | |

BOND HEARING HELD - yes / no      COUNSEL APPOINTED: _____

BOND SET @: _____      To be cosigned by: _____

FILED by ___ D.C.
JUN 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

**Reading of Indictment Waived**
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

---

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 7-12 | 11 | BSS | |

DATE: 6/30/00   TIME: 11:00 A.M.   FTL/LSS TAPE # 00 - 037   Begin: 136T 2140   End: 2198

38