UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6181-CR-ZLOCH

UNITED STATES OF AMERICA

vs

MICHAEL FULLER

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 30, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __ON BOND FORM_____

                     _____

                     Telephone:_____

DEFENSE COUNSEL:     Name:_____SAMUEL MONTESINO, ESQ._____

                     Address:_____

                     _____

                     Telephone:_____

BOND SET/CONTINUED:  $_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this __30TH__ day of __JUNE_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By:_____
     Deputy Clerk

Tape No._____00-_037_____

cc: Copy for Judge
    U. S. Attorney

39