UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-ZLOCH

UNITED STATES OF AMERICA,

VS.

MICHAEL FULLER

Defendant.
_____/

FILED by _____ D.C.
JUL 12 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## STATUS REPORT

A status conference was held in this cause on July 12, 2000. At that conference, the parties informed the Court as follows:

1.  The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government is ready to proceed and anticipates that this matter will require four days to try. The prosecutor assigned to this case, however, is on leave until July 31, 2000.

2.  Given the volume of discovery, the undersigned granted the defense forty-five (45) additional days within which to file pretrial motions.

DATED at Fort Lauderdale, Florida this ___ day of July, 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable William J. Zloch
United States District Judge

United States Attorney's Office

Jim Montesimo, Esq.
Attorney for Defendant