DEFT: Michael Fuller (no deft needed) CASE NO: 00-6181-CR-Zloch
AUSA: Diana Fernandez /Hanigan/ ATTNY: Jim Montesimo /Todd Stone/
AGENT: _____ VIOL: _____
PROCEEDING: Status Conference BOND REC: Standing m
BOND HEARING HELD - yes/no COUNSEL APPOINTED: _____
___ BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

FILED by ___ D.C.
JUL 1 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
- S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ X's a week/month by phone; ____ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

Discovery out
4 days to try
Gov't ready
no motions

△ has 45 addl
days for motions

NEXT COURT APPEARANCE: DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____
DATE: 7-12-00 TIME: 11:00am TAPE # 00-056 PG # 7
807 - 989
44