UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA

V.

CASE NO. 00-6181-ZLOCH

MICHAEL FULLER,

Defendant
_____/

## UNOPPOSED ORDER ON MOTION TO ALLOW FOR TRAVEL

**THIS CAUSE** having come before this Court upon Defendant, Michael Fuller's, Unopposed Motion to Allow for Travel and the Court being fully advised in the premises, it is hereby;

**ORDERED AND ADJUDGED** as follows:

1. Defendant shall be allowed to leave the Southern District of Florida to travel to Tampa Florida on July 17, 2000 and is to return on the same day; and

2. The Defendant shall be required to provide a contact number to his pretrial services officer during his time in Tampa.

**DONE AND ORDERED** in Chambers this ___ day of July, 2000.

**HONORABLE JUDGE VITUNAC**
United States Magistrate Judge

cc:
AUSA Jeff Sloman, 299E Broward Blvd. Fort Lauderdale, Florida 33301
Samuel J. Montesino, P.A., 1100 North Olive Ave., West Palm Beach, Florida 33401