FILED by _____ D.C.

JUL 2 8 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 00-6181-CR-ZLOCH

v.

MICHAEL FULLER,
Defendant.

## UNOPPOSED MOTION TO CONTINUE

**COME NOW,** the Defendant, Michael Fuller, by and through his undersigned counsel and with Assistant United States Attorney, Mike Ditto, who joins us in this Motion and respectfully requests that this Honorable Court to reset the Calendar Call presently scheduled for August 11, 2000 at 10:00 a.m. and reset this matter for at least 45 days.

**WHEREFORE** the Defendant respectfully request this Court to grant this Unopposed Motion to Continue the Calendar Call.

Respectfully Submitted,

WILLBUR & MONTESINO, P.L.
Attorney for the Defendant
1100 North Olive Avenue
West Palm Beach, Florida 33401
(561) 832-3225

BY: _____
SAMUEL J. MONTESINO
Florida Bar No. 0043011