2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6181-CR-ZLOCH

UNITED STATES OF AMERICA

      Plaintiff

vs.                                    ORDER OF REASSIGNMENT

HENRY HARRY McFLIKER, JOHN
RAFFA, and MICHAEL E. FULLER

      Defendants

_____

     The above-styled case has been selected by the Clerk of
Court utilizing a blind random selection procedure established by
the court to insure the fair and impartial reassignment of cases
from the calendars of the respective judges of the court to the
calendars of the new judges of the court.

     ORDERED and ADJUDGED that the above-styled cause is hereby
REASSIGNED to the calendar of the Honorable PAUL C. HUCK as of
August 7, 2000 for all further proceedings.  It is further

     ORDERED and ADJUDGED that all pleadings hereafter filed
shall bear the assigned case number followed by the surname HUCK
in lieu of the present name, thereby indicating the judge to whom
the case is assigned.

     DONE and ORDERED in Chambers a t Ft. Lauderdale, Broward
County, Florida, this 7th day of August, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

The Honorable Paul C. Huck

Diana Fernandez, Esq., AUSA
Marc Nurik, Esq.
David G. Vinikoor, Esq.
Samuel Montesino, Esq.