FILED by _V__ D.C.

AUG 24 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-HUCK

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

HENRY HARRY MCFLIKER,
JOHN RAFFA,
MICHAEL E. FULLER,

    Defendant.
_____/

## ORDER GRANTING CONTINUANCE OF TRIAL DATE

THIS CAUSE was considered upon the Defendant's Fuller, Motion to Continue Trial [ DE#54 , file on July 28, 2000]. For the reasons set forth in the motion and the representations of counsel and the Court finding that the ends of justice will be served by the granting of a continuance and that it outweighs the best interest of the public and the Defendant in a speedy trial it is:

ORDERED AND ADJUDGED that the Motion to Continue the Trial is hereby GRANTED. Trial in this cause is set for the two-week period commencing October 10, 2000 and ending October 20, 2000, in the U.S. Courthouse 301 N. Miami Avenue, 4th Floor, Miami, Florida. Calendar Call will be held at 8:30 a.m. on Wednesday, October 04, 2000.

The Court finds that the period of delay from July 28, 2000 to October 20, 2000 and any other trial date set hereafter excludable in calculating the period within which trial must commence in accordance with the provisions of the Speedy Trial Act, 18 U.S.C.

Section 3161, <u>et. seq.</u>  It is further

ORDERED and ADJUDGED that all discovery responses and/or pretrial motions shall be filed within the time limitations set forth in this Court's <u>Standing Discovery Order</u>. **A continuance of the trial date in this matter <u>shall not extend the deadline</u> for the filing of motions**. Any proposed motion received after the "motions cut-off date" shall be accompanied by a separate motion for leave to file, setting forth the facts and circumstances for the late filing.

Pretrial motions shall be filed no later than ten days prior to trial.  Responses to motions shall be filed by the deadline set by Local Rule 7.1.(C) and in no event later than 2 days prior to trial.  Counsel shall serve motions and opposition memoranda by hand-delivery when it is practicable to do so.

Counsel for the parties in this matter are hereby reminded that, pursuant to Local Rule 7.1(A)(4) (S.D. of Fla.), all motions filed with the Court shall be accompanied by **stamped** addressed envelopes for **all** parties to this action.

Counsel shall submit proposed *voir dire* questions, proposed jury instructions, and lists of proposed exhibits at least by the day prior to the beginning of the trial.

DONE AND ORDERED in Chambers, Miami, Florida, this 24th day of August, 2000.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to: Diana Fernandez, AUSA
David Vinikoor, Esq.
Marc Nurik, Esq.
Samuel Montesino, Esq.