UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6181-CR-HUCK(s)
18 U.S.C. 1956(h)



UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. )
)
MICHAEL E. FULLER, )
)
    Defendant. )
_____)

### SUPERSEDING INFORMATION

The United States Attorney charges that:

From on or about January 3, 2000, to on or about April 13, 2000, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

MICHAEL E. FULLER,

did knowingly and unlawfully combine, conspire, confederate and agree with other persons, both known and unknown to the Grand Jury, to commit an offense against the United States, that is, to violate Title 18, United States Code, Section 1957.

### THE PURPOSE AND OBJECT OF THE CONSPIRACY

It was the purpose and object of the conspiracy to knowingly engage and attempt to engage in monetary transactions affecting interstate and foreign commerce in criminally derived property of a value greater than $10,000, specifically, the acceptance of $50,000, such property having been represented as proceeds from specified unlawful activity, that is, illegal narcotics

trafficking, in violation of Title 21, United States Code, Sections 841 and 846, and the international transportation of women for purposes of prostitution, in violation of Title 18, United States Code, Section 2421.

All in violation of Title 18, United States Code, Section 1956(h).

_____
GUY A. LEWIS
UNITED STATES ATTORNEY


_____
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**PENALTY SHEET**

Defendant's Name: __MICHAEL E. FULLER__   No: __00-6181Cr-Huck(s)__

Count #: 1   18 U.S.C. 1956(h)   Conspiracy to Engage in Monetary transactions

*Max. Penalty: Ten (10) years' imprisonment and/or $250,000 fine

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. 00-6181-Cr-Huck(s) |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| MICHAEL F. FULLER | **Superseding Case Information:** |

**Court Division**: (Select One)

X   Miami   ___ Key West
___ FTL   ___ WPB   ___ FTP

New Defendant(s)   Yes ___   No  X
Number of New Defendants   ___
Total number of counts   1

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) No
   List language and/or dialect _____

4. This case will take  0  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                           (Check only one)

   | I   | 0 to 5 days   | X | Petty   |   |
   |-----|---------------|---|---------|---|
   | II  | 6 to 10 days  |   | Minor   |   |
   | III | 11 to 20 days |   | Misdem. |   |
   | IV  | 21 to 60 days |   | Felony  | X |
   | V   | 61 days and over |   |      |   |

6. Has this case been previously filed in this District Court? (Yes or No) Yes
   If yes:
   Judge: Paul C. Huck     Case No. 00-6181-Cr-Huck
   (Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) No
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____   District of _____

Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? X Yes ___ No   If yes, was it pending in the Central Region? X Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes  X  No

*signature*
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
COURT I.D.# A5500017

*Penalty Sheet(s) attached                                                REV.6/27/00