AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA           **WAIVER OF INDICTMENT**

v.                                 CASE NUMBER:  00-6181-Cr-Huck(s)

MICHAEL E. FULLER

I, MICHAEL E. FULLER, the above named defendant, who is accused of Conspiracy to engage in monetary transactions, in violation of Title 18, United States Code, Section 1956(h), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on Nov. 22 2000 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
MICHAEL E. FULLER
Defendant.

_____
SAMUEL J. MONTESINO
Counsel for Defendant

Before _____
UNITED STATES ~~MAGISTRATE~~ JUDGE
   DISTRICT