UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by
NOV 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6181 CR-Huck (s)

UNITED STATES OF AMERICA,

vs.

MICHAEL E. FULLER
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : on bond

Language: English

The above-named Defendant appeared before **District Judge** Paul C. Huck, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address:  ON BOND

Tel. No:

Defense Counsel:    Name : SAMUEL MONTESINO

Address: 1100 N. Olive Avenue West Palm Bch, Fl 33401

Tel. No: 561 832-3225

Bond Set/Continued:    $

Dated this 22 day of November, 2000.

CLARENCE MADDOX, COURT ADMINISTRATOR/CLERK

BY  Valerie Thompkins

Deputy Clerk

c: Clerk for Judge
   U.S. Attorney
   Defense Counsel
   Pretrial Services

Court Reporter: Robin Carbonello
    TAPE NO.
    DIGITAL START NO.