UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6181-CR-HUCK

FILED BY_____ D.C.

01 JAN 29 PM 2:04

CLARENCE HADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA,
            Plaintiff,

v.

MICHAEL FULLER,
            Defendant.
_____/

### GOVERNMENT'S MOTION FOR DEPARTURE FROM GUIDELINES BASED UPON THE DEFENDANT'S SUBSTANTIAL ASSISTANCE

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to U.S.S.C. §5K1.1 and 18 U.S.C. §3553(e) respectfully requests that the Court depart from the Sentencing Guidelines based upon the following:

The defendant MICHAEL FULLER has provided substantial assistance in the investigation of other persons who have committed violations of federal law.

The government respectfully requests the opportunity to fully inform the Court, at time of sentencing, as to substance of the defendant's cooperation with the government.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _Diana W. Fernandez_
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500017
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7392
Facsimile: (954) 356-7230

**CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the foregoing was faxed and mailed this 29th day of January, 2001, to

Mr. Samuel Montesino, Esquire
c/o Wilbur Montesino, Esq.
1100 North Olive
West Palm Beach, FL 33401


_____
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY