UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6181-CR-HUCK-BROWN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL F. FULLER,

    Defendant(s).
_____/

FILED by ___ D.C.
JAN 3 1 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER

THIS CAUSE has come before the Court upon the Ore Tenus Motion to Continue Sentencing. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion to continue is **GRANTED**. **THE SENTENCING IS HEREBY RESET TO MARCH 01, 2001 AT 5:30 P.M. IN THE JAMES LAWRENCE KING BUILDING 99 NE 4TH STREET, 10TH FLOOR COURTROOM #6, MIAMI, FLORIDA 33132.**

DONE AND ORDERED at Miami, Florida, this 31st day of January 2001.

                                      PAUL C. HUCK
                                      UNITED STATES DISTRICT JUDGE

cc:  Diana Fernandez, AUSA
     Samuel Monestino, Esq.
     U. S. Pretrial Services
     U. S. Probation Office

