APR 0 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DEFENDANT: Michael Fuller
CASE #: 00-6181-CR
JUDGE: PAUL C. HUCK
Deputy Clerk: VALERIE THOMPKINS
DATE: 3-1-2001
Court Reporter: Brynn Dockstader
USPO: _____
AUSA: Diana Fernandez
Deft's Counsel: Samuel Monestino

COUNTS DISMISSED: _____
___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.
___ Sentencing cont'd until __/__/__ at _____ AM / PM

## JUDGMENT AND SENTENCE

Imprisonment | Years | Months | Counts

Supervised Release: _____

Probation | Years: 5 | Months | Counts: I

Comments: _____

Assessment $: 100.00 xx
Fine $: 0
Restitution /Other: _____

### CUSTODY
___ Remanded to the Custody of the U. S. Marshal Service    ___ Release on bond pending appeal
___ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

