APR 0 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## SENTENCING MINUTES
### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

DEFENDANT: Michael Fuller
CASE #: 00-6181-CR
JUDGE: PAUL C. HUCK
Deputy Clerk: VALERIE THOMPKINS
DATE: 3-1-2001
Court Reporter: Brynn Dockstader
USPO: ___
AUSA: Diana Fernandez
Deft's Counsel: Samuel Monestino

COUNTS DISMISSED ___
___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.
___ Sentencing cont'd until __/__/__ at _____AM / PM

### JUDGMENT AND SENTENCE

Imprisonment | Years | Months | Counts
--- | --- | --- | ---
 | ___ | ___ | ___
 | ___ | ___ | ___
 | ___ | ___ | ___

Supervised Release ___

Probation | Years | Months | Counts
--- | --- | --- | ---
 | 5 | ___ | I
 | ___ | ___ | ___

Comments ___

Assessment $ 100.00 /xx         Fine $ 0

Restitution /Other ___

### CUSTODY
___ Remanded to the Custody of the U. S. Marshal Service     ___ Release on bond pending appeal
___ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: ___