USA
vs.
Michael Fuller

00-6181 cr

Huck

FILED BY S.E. D.C.
01 APR 11 PM 4:34
CLERK U.S. DIST CT.
S.D. OF FLA - MIA

No further action required by the U.S. Marshals Service.

JAMES A. TASSONE
UNITED STATES MARSHAL

SDUSM FRED DE POMPA

102