PS 40
(07/93)

# United States District Court
## for the
## Southern District of Florida

NOTICE REGARDING PASSPORT

1. [ ] NOTICE OF ORDER NOT TO OBTAIN PASSPORT

2. [ ] NOTICE OF SURRENDERED PASSPORT

3. [X] REMOVAL OF NOTICE OF SURRENDERED PASSPORT OR ORDER NOT TO OBTAIN A PASSPORT

TO: Director, Office of Citizenship
Appeals and Legal Assistance
1425 K Street NW, Room 300
Washington, D.C. 20522-1705

5/25/01

RE: DAVID FULLER
AKA: Michael Fuller    Huck
00-6181-00

DATE OF BIRTH: 3/25/50

PLACE OF BIRTH: NY

SSN: 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

PASSPORT RECEIVED FROM: N/A

1. [ ] **PURSUANT TO THE** Court's order entered on in Case number, the defendant is not permitted to apply for the issuance of a passport during the pendency of the action.

2. [ ] **PURSUANT TO THE** Court's order entered on in Case Number, Passport Number issued to the above-named defendant was surrendered to the custody of the U.S. Pretrial Services of U.S. District Court on, and the defendant is not permitted to apply for the issuance of another passport during the pendency of this action.

3. [X] ON 4/14/00, our office filed a notice of:
   [ ] Surrendered Passport on Passport Number N/A on the above-named defendant; or
   [X] An Ordered Not To Obtain A Passport on the above-named defendant.

   This is to provide notice that the above case has been disposed of and the above order of the Court is no longer in effect. Please remove notice from your records.

Sincerely,

Joan Balis Jr

JOAN BALIS
U.S. Pretrial Office
701 Clematis Street
Suite 221
West Palm Beach, Florida 33401

Distribution:
Original to Case File
U.S. Department of State
Defendant (or representative)
Clerk of Court ✓
Copy with Passport