UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Criminal Division

UNITED STATES OF AMERICA,　　　　CASE NO.: 00-CR-6181

V.　　　　　　　　　　　　　　　　JUDGE:　　PAUL C. HUCK

HENRY MCFLIKER,

　　　　Defendant.
_____/

### NOTICE OF FILING

COMES NOW, DANIEL B. LACESA, ESQ. and files this Notice of Filing currently held INVENTORY LIST of airplane parts as of January 15, 2002 on behalf of victim BRUNO DOERWALD, which is attached hereto.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail this 17 day of Jan., 2002 to the Clerk of Court and the United States Attorney, Diana L. W. Fernandez, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394; Ruden, McClosky et al., Marc S. Nurick, Esq. & Michael Popok, Esq., 701 Brickell Ave., Suite 1900, Miami, FL 33131; Rhan N. Khawaja, Esq. 817 N. Main Street, Jacksonville, FL 32202 and Steven Hunter, Esq., 66 W. Flagler St., 9th Floor, Miami, FL 33130.

　　　　　　　　　　　　　　　　DANIEL LACESA, P.A.
　　　　　　　　　　　　　　　　1499 West Palmetto Park Road, Suite # 208
　　　　　　　　　　　　　　　　Boca Raton, Florida 33486
　　　　　　　　　　　　　　　　(561) 391-6999
　　　　　　　　　　　　　　　　(561) 391-8216 Facsimile

JAN 2 4 2002

Rec'd in MIA Dkt _____

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　DANIEL B. LACESA, ESQ.
　　　　　　　　　　　　　　　　Florida Bar No. 272700
　　　　　　　　　　　　　　　　Atty for Bruno Doerwald

NON-COMPLIANCE OF S.D. fla. L.R. 5.1.B

| BCD Inventory remaining | | | Ratio | 9.6746375 | | |
|---|---|---|---|---|---|---|
| PART NUMBER | DESCRIPTION | CD | Claimed Market Value | Total Market Value | Initial No. Parts | Bag # |
| 2810 | TERM.BOARD | NE | 2 | 4 | 2 | 122 |
| 5749 | TUBE | NE | 7 | 140 | 20 | 42 |
| 6005 | TUBE/RADIO | NE | 2 | 23 | 11 | 42 |
| 6186 | TUBE ELECT | NE | 4 | 70 | 20 | 42 |
| 10551 | LINK FITTI | NE | 25 | 2,132 | 87 | 43 |
| 12504 | TRANSFORMER | NS | 50 | 250 | 5 | 114 |
| 21696 | GUIDE | NE | 11 | 160 | 15 | 1 |
| 24231 | ELECTRON TUBE, SPAR | NE | 35 | 70 | 2 | 132 |
| 30585 | ROTOR | NE | 35 | 280 | 8 | 109 |
| 31841 | TERMINAL | NE | 2 | 189 | 90 | 61 |
| 33242 | COIL | NE | 31 | 154 | 5 | 92 |
| 35936 | ACTUATOR rotary | OH | 430 | 5,590 | 13 | 29, 31 |
| 43887 | BRACE | NE | 32 | 851 | 27 | 70 |
| 43982 | LEG SPACER | NS | 1 | 17 | 12 | 20 |
| 43982 | LEG SPACER | NE | 1 | 34 | 24 | 64 |
| 44037 | LATCH BRAC | NE | 35 | 35 | 1 | 78 |
| 44624 | RECPTACLE | NE | 20 | 162 | 8 | 160 |
| 45593 | HOUSING | SV | 35 | 560 | 16 | 76 |
| 48097 | FILLER | NE | 1 | 13 | 18 | 132 |
| 48603 | SEAT/DRIVE | NE | 46 | 9,555 | 210 | 160 |
| 49352 | HOUSING AR air cycle ma | NE | 4,290 | 4,290 | 1 | 46 |
| 52058 | ADJUSTER | NS | 18 | 54 | 3 | 114 |
| 53098 | LEVER BRAC | NE | 21 | 609 | 29 | 77 |
| 53206 | LEVER | NE | 140 | 420 | 3 | 76 |
| 56694 | CHANNEL | SV | 210 | 3,780 | 18 | 192 |
| 60540 | ACTUATOR | SV | 560 | 560 | 1 | 50 |
| 61312 | STUD TRACK | NE | 4 | 298 | 85 | 85 |
| 70780 | PLATE | NE | 4 | 25 | 7 | 72 |
| 71136 | HARNES ROD | NS | 1,960 | 9,800 | 5 | 128 |
| 80017 | NUT / SHEL | NE | 15 | 15 | 1 | 109 |
| 81137 | HANDLE | NE | 18 | 18 | 1 | 4 |
| 81141 | KNOB | NE | 67 | 1,463 | 22 | 122, 116 |
| 81527 | SPRING | NE | 14 | 308 | 22 | 4 |
| 85265 | PISTON | NE | 4,000 | 52,000 | 13 | 69 |
| 88471 | SLEEVE/CON | NE | 158 | 2,048 | 13 | 42 |
| 104992 | VALVE STAR | SV | 420 | 2,520 | 6 | 134 |
| 104992 | VALVE STAR | SV | 420 | 3,360 | 8 | 192 |
| 112933 | SPRING | NE | 25 | 368 | 15 | 92 |
| 115666 | SLEEVE/BUS | NE | 9 | 18 | 2 | 142 |
| 116062 | ELBOW | NE | 3 | 22 | 8 | 42 |
| 126030 | LEVER | NE | 26 | 525 | 20 | 50 |
| 135373 | SPRING | NE | 15 | 1,275 | 85 | 73 |
| 135572 | SPRING | NE | 6 | 73 | 13 | 72 |
| 136034 | GEAR SH | AR | 70 | 210 | 3 | 97 |

| PART NUMBER | DESCRIPTION | CD | Claimed Market Value | Total Market Value | Initial No. Parts | Bag # |
|---|---|---|---|---|---|---|
| 136265 | BUSHING | NS | 11 | 55 | 5 | 114 |
| 136428 | RETAIN | NE | 4 | 216 | 54 | 71 |
| 136496 | PLATE | NE | 5 | 64 | 13 | 95 |
| 136769 | WASHER | NE | 14 | 14 | 1 | 72 |
| 137396 | WASHER | NE | 21 | 63 | 3 | 72 |
| 137928 | RING NUT | NE | 32 | 126 | 4 | 68 |
| 151693 | PISTON BRA | NE | 39 | 78 | 2 | 61 |
| 184457 | FASTENER | NE | 300 | 1,200 | 4 | 114 |
| 205716 | SCREEN/PLA | NE | 18 | 910 | 52 | 128 |
| 205935 | ARM | NS | 1,798 | 35,966 | 20 | 154 |
| 205944 | SCROLL CYC | OH | 1,600 | 3,200 | 2 | 47 |
| 206325 | BODY | NE | 105 | 1,050 | 10 | 88 |
| 206766 | TUBE | NE | 14 | 182 | 13 | 154 |
| 208159 | RETAINER | NE | 5 | 74 | 14 | 61 |
| 211099 | BOLT SHAFT | NE | 18 | 1,400 | 80 | 180 |
| 270563 | HEAD | NE | 20 | 120 | 6 | 72 |
| 270964 | BRACKET | NE | 1 | 20 | 14 | 51 |
| 311184 | RETAINER | NE | 18 | 158 | 9 | 72 |
| 320440 | TERMINAL/C | NE | 0 | 64 | 803 | 116 |
| 352607 | BOARD BRAC | NS | 480 | 10,070 | 21 | 128 |
| 356390 | GUARD | NE | 1,680 | 1,680 | 1 | 45 |
| 361332 | FLANGE | NE | 84 | 84 | 1 | 51 |
| 380028 | RING | NE | 0 | 58 | 128 | 117 |
| 392707 | GEAR SH | NE | 353 | 706 | 2 | 4 |
| 393813 | TUBE | NS | 65 | 65 | 1 | 114 |
| 428732 | BRACKET | NE | 9 | 540 | 60 | 131 |
| 428732 | BRACKET | NE | 9 | 900 | 100 | 180 |
| 443869 | BRACKET | NE | 30 | 1,230 | 41 | 72 |
| 444558 | BRACKET | NE | 6 | 181 | 28 | 95 |
| 446064 | VANE COMPR | NE | 2 | 22 | 9 | 80a |
| 454471 | CLAMP | NE | 2 | 32 | 15 | 80a |
| 467731 | FUEL COOLER | SV | 910 | 910 | 1 | 143 |
| 518198 | WASHER | NE | 25 | 3,210 | 131 | 116 |
| 518489 | CPA | NE | 30 | 30 | 1 | 4 |
| 518504 | SUPPOR | NE | 21 | 42 | 2 | 95 |
| 519511 | BUSHING | NS | 123 | 4,900 | 40 | 55, 59 |
| 520297 | SPRING | NE | 8 | 124 | 15 | 141 |
| 521763 | SPRING | NE | 4 | 144 | 41 | 97 |
| 522885 | LOCK | NE | 73 | 8,687 | 119 | 83 |
| 522886 | INSERT | NE | 25 | 1,519 | 62 | 82 |
| 527550 | HOUSING | NE | 35 | 385 | 11 | 97 |
| 528800 | BUSHING | NE | 3 | 34 | 12 | 132 |
| 552567 | VALVE | SV | 70 | 70 | 1 | 159 |
| 570125 | HOUSING | NE | 2,800 | 2,800 | 1 | 160 |
| 571333 | RESTRICTOR | NE | 130 | 2,849 | 22 | 62 |

| PART NUMBER | DESCRIPTION | CD | Claimed Market Value | Total Market Value | Initial No. Parts | Bag # |
|---|---|---|---|---|---|---|
| 571530 | LEVER HEAT | NE | 700 | 7,700 | 11 | 57 |
| 575211 | CUP | NE | 14 | 84 | 6 | 80 |
| 576872 | HOUSING | NE | 300 | 900 | 3 | 51 |
| 590645 | ROD | NE | 53 | 630 | 12 | 51 |
| 605661 | BOLT SHAFT | NS | 5 | 250 | 50 | 142 |
| 620702 | PIN | NE | 14 | 98 | 7 | 80a |
| 625933 | RETAINER H | NS | 21 | 630 | 30 | 139 |
| 642942 | STUD | NE | 3 | 59 | 21 | 137 |
| 664799 | HOUSING/VA | NE | 420 | - | 0 | 151 |
| 665474 | GEAR | SV | 58 | 116 | 2 | 73 |
| 665642 | RETAINER | NE | 29 | 823 | 28 | 141 |
| 670052 | ROD | NE | 77 | 1,617 | 21 | 180 |
| 674200 | CAN BLOWER | NE | 105 | 105 | 1 | 26 |
| 680065 | TUBE | NE | 350 | 4,900 | 14 | 89 |
| 680359 | TUBE | NE | 940 | 32,900 | 35 | 51 |
| 681985 | RETAINER/S | NE | 175 | 2,450 | 14 | 38 |
| 681987 | SPRING | NE | 160 | 3,200 | 20 | 143, 164 |
| 681987 | SPRING | NE | 160 | 6,560 | 41 | 143, 164 |
| 682586 | SLEEVE | NE | 150 | 600 | 4 | 73 |
| 684325 | CLAMP | NE | 35 | 35 | 1 | 1 |
| 684555 | BRACKET | NE | 70 | 560 | 8 | 109 |
| 689545 | FLYWEIGHT | NS | 175 | 3,675 | 21 | 58 |
| 697545 | RACE | NE | 28 | 112 | 4 | 4 |
| 697745 | GEAR SHAFT | NE | 1,190 | 10,710 | 9 | 84, 166 |
| 697745 | GEAR SHAFT | NE | 1,190 | 23,800 | 20 | 84, 166 |
| 699975 | CLAMP PLAT | NE | 18 | 350 | 20 | 57 |
| 702617 | RING RETAI | NE | 4 | 25 | 7 | 57 |
| 708251 | RING A | NE | 125 | 750 | 6 | 159 |
| 719170 | CASE & STU | NE | 140 | 420 | 3 | 28 |
| 742172 | BRUSH | NE | 53 | 210 | 4 | 109 |
| 848844 | RING/COVER | NE | 15 | 46 | 3 | 35 |
| 904114 | STEM | NE | 7 | 28 | 4 | 159 |
| 1101211 | LINK | SV | 4 | 1,736 | 496 | 95 |
| 1382705 | INSERT | NE | 3 | 62 | 19 | 1 |
| 1755191 | SHAFT | NE | 18 | 455 | 26 | 61 |
| 2064693 | TRANSF | NE | 42 | 756 | 18 | 109 |
| 2067968 | TRANSF | NE | 46 | 228 | 5 | 92 |
| 2525487 | FILTER | | 900 | 19,800 | 22 | 238 |
| 2633446 | PISTON | NE | 75 | 1,650 | 22 | 80 |
| 4001709 | CAM SHAFT | NE | 35 | 245 | 7 | 132 |
| 4390507 | CLUTCH | | 2,533 | 12,665 | 5 | 237 |
| 5701767 | WIPPER NUT | NE | 18 | 298 | 17 | 137 |
| 0-0 | BOX AY | N | 1,350 | 8,100 | 6 | - |
| 017193-0100 | CONN | N | 35 | 3,579 | 103 | 211 to 219 |
| 1004016-1 | CLAMP | NS | 18 | 72 | 4 | 114 |

Bruno Doerwald Inventory list                                                           Printed 1/14/2002

| PART NUMBER | DESCRIPTION | CD | Claimed Market Value | Total Market Value | Initial No. Parts | Bag # |
|---|---|---|---|---|---|---|
| 100B1-8 | ELBOW TEE | NE | 18 | 2,293 | 131 | 40 |
| 10215-0035 | CAPACITOR | NE | 21 | 147 | 7 | 92 |
| 10305-1 | GEAR WORM | NE | 140 | 2,380 | 17 | 55 |
| 10350-3 | VALVE | SV | 500 | 1,000 | 2 | 79 |
| 10-407018-15T | PIN | NE | 4 | 560 | 160 | 83 |
| 1045-190B | KNOB | NE | 116 | 809 | 7 | 72 |
| 104972-1 | VALVE LOCK | OH | 420 | 1,680 | 4 | 37 |
| 10503-4 | FLANGE | NE | 850 | 4,250 | 5 | 40 |
| 105726-1 | VALVE OIL | OH | 210 | 210 | 1 | 37 |
| 10-60424-326 | PLATE | NE | 2,520 | 5,040 | 2 | 105, 108 |
| 10-61437-211B | PLATE/PANE | NE | 70 | 700 | 10 | 35 |
| 10-61467-1233 | PANEL/LIGHT | SV | 210 | 4,620 | 22 | 220 |
| 108HD | VALVE | NE | 28 | 252 | 9 | 63 |
| 113642-17 | PACKIN | NE | 17 | 571 | 34 | 35 |
| 113642-3 | PACKING RI | NE | 5 | - | 0 | 152 |
| 114828-9 | RING DISC | NE | 10 | 88 | 9 | 123 |
| 119055-1 | BODY | NE | 1,700 | 3,400 | 2 | 27, 165 |
| 119055-1 | BODY | NE | 1,700 | 23,800 | 14 | 27, 165 |
| 1-259-1 | TRANSF | SV | 60 | 60 | 1 | 4 |
| 13-3612P | BUSH | N | 161 | 7,728 | 48 | 223 |
| 137193B-1 | LATCH BRAC | NE | 96 | 96 | 1 | 83 |
| 1379145-B11 | BRACKET | NE | 19 | 19 | 1 | 80a |
| 139513-1 | SPRING | NE | 6 | 54 | 9 | 80a |
| 13966-1 | TUBE | NE | 816 | 5,712 | 7 | 35, 167 |
| 13966-1 | TUBE | NE | 816 | 6,528 | 8 | 35, 167 |
| 153-00-411-00 | FOOT TRAY ? | N | 35 | 2,695 | 77 | 222 |
| 1531758-16 | GASKET | ? | 45 | 6,615 | 147 | 239 |
| 1581197-2 | RELAY | N | 280 | 5,880 | 21 | 232 |
| 162C7A | INDICATOR/ | OH | 1,050 | 3,150 | 3 | 1 |
| 17238-1B | GYRO | OH | 2,000 | 8,000 | 4 | 229-230 |
| 17727-5 | CONN | N | 456 | 6,840 | 15 | 231 |
| 1789699-1 | BRACKET | NE | 75 | 150 | 2 | 57 |
| 178AS360 | ADAPTER | N | 900 | 13,500 | 15 | 233 |
| 195-123 | POPPET/VAL | NE | 35 | 700 | 20 | 95 |
| 1BA58 | BODY | NS | 28 | 308 | 11 | 50 |
| 1N469 | DIODE | NE | 4 | 7 | 2 | 126 |
| 2002-1 | SOCKET | NE | 10 | 3,600 | 360 | 192 |
| 20103-2 | TRANSFORME | NE | 833 | 3,332 | 4 | 58 |
| 20103-2 | TRANSFORME | NE | 833 | 3,332 | 4 | 195 |
| 2040323-1 | BLOCK ASSY | | 750 | 9,750 | 13 | 236 |
| 206654-1 | GENERATOR | NE | 3,200 | 32,000 | 10 | 79 |
| 2067368-73 | CRYSTAL | NE | 6 | 18 | 3 | 126 |
| 207004-0123 | METER | NE | 498 | 4,482 | 9 | 159 |
| 2088196-0004 | BEARING | NE | 6 | 60 | 10 | 72 |
| 212-24D | SOCKET ELB | NE | 3 | 30 | 10 | 14 |

| PART NUMBER | DESCRIPTION | CD | Claimed Market Value | Total Market Value | Initial No. Parts | Bag # |
|---|---|---|---|---|---|---|
| 2-1627 | SPRING | SV | 4 | 18 | 4 | 133 |
| 22141W28-8TC2 | RING | SV | 0 | 7 | 20 | 146 |
| 2258-38 | INTAKE | NE | 95 | 1,418 | 15 | 80a |
| 2-303-458-02 | HOUSING VA | NE | 150 | 1,650 | 11 | 21 |
| 2481-2 | END SLEEVE | NE | 14 | 84 | 6 | 51 |
| 251-20D | NIPPLE ADA | NE | 6 | 781 | 124 | 124 |
| 2536-11 | KNOB | NE | 6 | 57 | 9 | 92 |
| 25A556 | MOTOR SWIT | NE | 105 | 735 | 7 | 51 |
| 2600-15K | STUD | NE | 2 | 257 | 147 | 64 |
| 260-79 or 266-56 | Manifold, cast, HEAT TREA | NE | 105 | 210 | 2 | 202 |
| 2651-4A | BALL CAP | NE | 32 | 63 | 2 | 64 |
| 269-1282-000 | WAFER | NE | 70 | 560 | 8 | 55 |
| 271-10D | NIPPLE ADA | NE | 3 | 420 | 168 | 58 |
| 280956-0001 | GEAR | NE | 41 | 165 | 4 | 71 |
| 30-0432-9 | LIGHT AY | NE | 44 | 44 | 1 | 57 |
| 30-2208 | SPACER | NE | 18 | 70 | 4 | 14 |
| 30-3035 | SHIM | NS | 20 | 100 | 5 | 114 |
| 30-3539 | SPRING | NE | 4 | 49 | 14 | 89 |
| 314040-3 | VALVE SOLE | SV | 280 | 280 | 1 | 80 |
| 38894-1 | DIFFUSER | NS | 540 | 1,620 | 3 | 137 |
| 392212-1 | REGULATOR | NE | 900 | 900 | 1 | 28 |
| 3-95670 | SPRING | NE | 7 | 42 | 6 | 117 |
| 3S2791G210T11 | CAPACITOR (RELAY) | NE | 140 | 700 | 5 | 55 |
| 4161BK8119 | SCREEN | NE | 210 | 30,450 | 145 | 80 |
| 42-64-12-010 | GLASS | NE | 222 | 4,653 | 21 | 38 |
| 434873-9 | PLATE RETA | NE | 88 | 2,013 | 23 | 142 |
| 4472C119 | SLEEVE/SPR | NE | 35 | 70 | 2 | 89 |
| 45-22047-18-39 | STRAP | NE | 4 | 52 | 13 | 72 |
| 457641-4 | BRIDGE, CIRCUIT | NE | 158 | 473 | 3 | 142 |
| 457641-6 | BRIDGE | NE | 175 | 1,225 | 7 | 58 |
| 4741-6B | FITTING | NE | 18 | 1,330 | 76 | 139 |
| 4812-1320 | PLATE | NE | 85 | 340 | 4 | 1 |
| 50-10370-17 | FITTING ST | NE | 193 | 193 | 1 | 72 |
| 50-11333-33 | SPACER/STRIP/SHIM | NS | 20 | 340 | 17 | 114 |
| 50-11333-77 | STRIP | NE | 55 | 273 | 5 | 137 |
| 50-1426-2002 | SUPPORT BR | NS | 800 | 1,600 | 2 | 23 |
| 50-1519-9 | FITTING BR | NE | 4 | 12 | 3 | 9 |
| 50-2458-10 | FRAME | NE | 11 | 126 | 12 | 5 |
| 504-3187-002 | PLATE | NE | 139 | 693 | 5 | 71 |
| 50-4674-2013 | SUPPORT BR | SV | 35 | 315 | 9 | 118 |
| 50-6387-3006 | DRUM | NE | 1,528 | 1,528 | 1 | 76 |
| 50-8254 | PLATE | NE | 525 | 4,725 | 9 | 112, 113 |
| 50-8294-18 | ARM SUPPOR | NE | 489 | 1,954 | 4 | 34 |
| 509112-1 | LUG | NE | 21 | 126 | 6 | 57 |
| 516-12D | SOCKET | NE | 19 | 1,349 | 71 | 114 |

Bruno Doerwald Inventory list                                                                 Printed 1/14/2002

| PART NUMBER | DESCRIPTION | CD | Claimed Market Value | Total Market Value | Initial No. Parts | Bag # |
|---|---|---|---|---|---|---|
| 516-6D | SOCKET/FIT | NE | 2 | 505 | 328 | 38 |
| 536-12D | NIPPLE | NE | 21 | 987 | 47 | 40 |
| 536440-4 | HOUSING | NE | 420 | 1,680 | 4 | 6 |
| 536-6 | NIPPLE | NE | 46 | 1,047 | 23 | 105 |
| 536-6D (885112-10D | NIPPLE | AR | 5 | 389 | 72 | 50 |
| 54-205 | SLEEVE/PIS | NE | 11 | 441 | 42 | 50 |
| 542786-2 | NOZZLE | NE | 35 | 455 | 13 | 76 |
| 570036-5 | TUBE | NE | 140 | 840 | 6 | 78 |
| 571513-2 | GUIDE | NE | 35 | 735 | 21 | 181 |
| 5-71764-3007 | STRIP | NE | 35 | 490 | 14 | 86 |
| 5-73139-2015 | RIB | SV | 8 | 8 | 1 | 21 |
| 5-73139-2016 | RIB ANGLE | NE | 18 | 105 | 6 | 23 |
| 5-73139-3021 | CHANNEL | SV | 80 | 80 | 1 | 74 |
| 5833-1 | ARM | SV | 35 | 70 | 2 | 8 |
| 5-86080-5 | LINK AY MO | NE | 699 | 3,495 | 5 | 43, 167 |
| 5-86080-5 | LINK AY MO | NE | 699 | 699 | 1 | 43,124,167? |
| 5-88792-8 | PANEL | NE | 84 | 252 | 3 | 21 |
| 5-89595-2 | FITTNG | NE | 310 | 620 | 2 | 6 |
| 5-89870-2002 | DRUM | SV | 490 | 490 | 1 | 21 |
| 5914514-29 | FLAP ASSY | NE | 81 | 81 | 1 | 142A |
| 5-95689-3017 | CRANK ARM | NS | 420 | - | 0 | 151 |
| 5-96197-3007 | TUBE | NE | 35 | 35 | 1 | 78 |
| 5-98328-3001 | CRANK AS | NS | 600 | 1,200 | 2 | 3 |
| 5W540 | STUD | NE | 3 | 383 | 153 | 3 |
| 60-1537-3001 | COLLAR | NE | 14 | 28 | 2 | 6 |
| 602TR | MICROPHONE | AR | 20 | 20 | 1 | 131 |
| 60-4312 | CYLIND | SV | 193 | 2,310 | 12 | 82 |
| 60-4466 | BELLCRANK | NE | 119 | 476 | 4 | 21 |
| 60-4957 | SHIM | NE | 11 | 105 | 10 | 159 |
| 60-5019-1 | SLEEVE | NS | 350 | 1,400 | 4 | 108 |
| 60-6959-1102 | TUBE | NE | 88 | 175 | 2 | 90 |
| 616518-2 | RELAY | NE | 157 | 157 | 1 | 132 |
| 630583GA | RACE | NE | 105 | 945 | 9 | 51 |
| 63-10233 | SPRING/PIN | NE | 53 | 4,358 | 83 | 125 |
| 63-10285-2 | STOP | NE | 18 | 438 | 25 | 14 |
| 63-1031-1 | SPACER | NE | 35 | 525 | 15 | 89 |
| 63-2157 | BUSHING | NE | 38 | 1,520 | 40 | 31, 197 |
| 63-2163 | BUSHING | NE | 35 | 1,225 | 35 | 91 |
| 63-2362 | SPRING | NE | 4 | 102 | 29 | 80 |
| 63-2634 | SHIM | NE | 35 | 595 | 17 | 56 |
| 63-8351 | SPRING | NE | 7 | 126 | 18 | 154 |
| 6420-7 | WASHER/COLLAR | NE | 81 | 8,100 | 100 | 131 |
| 65-10505-196 | SEAL | NS | 21 | 105 | 5 | 117 |
| 65-10505-824 | FILLER | NE | 3 | 2,277 | 723 | 82 |
| 65-10523 | CRANK | NE | 260 | 2,080 | 8 | 58 |

| PART NUMBER | DESCRIPTION | CD | Claimed Market Value | Total Market Value | Initial No. Parts | Bag # |
|---|---|---|---|---|---|---|
| 65-10540-23 | TUBE | SV | 24 | 336 | 14 | 51 |
| 65-10606-810 | CHANNEL S | NE | 55 | 6,050 | 110 | 154 |
| 65-10608-105 | LONGER DOU | NE | 88 | 263 | 3 | 85 |
| 65-10608-195 | CHANNEL | NE | 500 | 2,000 | 4 | 85 |
| 65-10608-220 | INTERCOS S | NE | 85 | 1,445 | 17 | 120 |
| 65-10608-29 | STRIP SEAL | NE | 67 | 333 | 5 | 125 |
| 65-10608-316 | STRIP | NE | 12 | 36 | 3 | 117 |
| 65-11687-876 | TUBE ASS\L | NE | 26 | 310 | 12 | 51 |
| 65-11841-1 | SHAFT/ROD | AR | 438 | 1,750 | 4 | 98, 105 |
| 65-11899-20 | DUCT | SV | 365 | 5,110 | 14 | 12 |
| 65-11983-1 | PLATE | NE | 14 | 14 | 1 | 80a |
| 65-12238-2 | PISTON SHA | NE | 69 | 206 | 3 | |
| 65-12782-4 | BRACKET | NE | 600 | 2,400 | 4 | 101, 96, 115 |
| 65-12783-810 | SUPPORT | NE | 95 | 855 | 9 | 51 |
| 65-1313-1 | SLEEVE ADA | SV | 49 | 196 | 4 | 123 |
| 65-13176 | DUCT | AR | 350 | 700 | 2 | 106 |
| 65-13176 | DUCT | AR | 350 | 700 | 2 | 169 |
| 65-13336-52 | BRACKET TR | NS | 420 | 6,300 | 15 | 70 |
| 65-13772-28 | SEAL | NE | 17 | 340 | 20 | 9 |
| 65-13781-4 | HINGE | NE | 8 | 8 | 1 | 4 |
| 65-1388-7 | LEVER ASSY other part# 6 | NE | 249 | 249 | 1 | 109 |
| 65-14509-57 | BRACKET | SV | 30 | 120 | 4 | 131 |
| 65-14509-57 | BRACKET | SV | 30 | 390 | 13 | 133 |
| 65-14509-81 | BRACKET | SV | 5 | 10 | 2 | 30 |
| 65-14548-6 or -3 | STOP | NE | 200 | 1,400 | 7 | 34 |
| 65-14667-19 | BRACKET SU | NS | 4 | 410 | 101 | 140 |
| 65-1769-7 | FITTING | NE | 300 | 1,800 | 6 | 24 |
| 65-17809-1 | ACTUATOR | OH | 1,260 | 1,260 | 1 | 203 |
| 65-18732-14 | FITTING | NE | 700 | 700 | 1 | 80a |
| 65-19429-1 | FITTING SU | NE | 780 | 3,120 | 4 | 7, 194 |
| 65-19429-1 | FITTING SU | NE | 780 | 3,120 | 4 | 7, 194 |
| 65-19432-2 | FITTING | NE | 3,600 | 3,600 | 1 | 20 |
| 65-19432-2 | FITTING | NE | 3,600 | 14,400 | 4 | 118 |
| 65-19641-1 | LINK SUPPO | SV | 44 | 394 | 9 | 131 |
| 65-20845-3 | GEAR BOX (leaking oil) | OH | 4,000 | 4,000 | 1 | 75 |
| 65-2110-10 | STOP SUPPO | NE | 175 | 525 | 3 | 8 |
| 65-2129-7 | STOP END/F | NE | 88 | 263 | 3 | 85 |
| 65-2163-43 | HINGE | NE | 235 | 1,645 | 7 | 85 |
| 65-2193-4 | STOP FITTI | NE | 50 | 300 | 6 | 90 |
| 65-24420-13 | BOX ASSY | NE | 963 | 6,738 | 7 | |
| 65-2477-60 | TUBE | NE | 45 | 270 | 6 | 1 |
| 65-2477-62 | TUBE A | NE | 35 | 420 | 12 | 128 |
| 65-25234-3 | FITTING | NE | 175 | 700 | 4 | 83 |
| 65-2550-162 | BRACKET | NE | 60 | 60 | 1 | 85 |

Bruno Doerwald Inventory list                                            Printed 1/14/2002

| PART NUMBER | DESCRIPTION | CD | Claimed Market Value | Total Market Value | Initial No. Parts | Bag # |
|---|---|---|---|---|---|---|
| 65-2566-3 | DUCT TUBE | SV | 50 | 50 | 1 | 119 |
| 65-2573-876 | TUBE | NE | 250 | 2,000 | 8 | 86 |
| 65-2602 | ELBOW DUCT | SV | 158 | 158 | 1 | 23 |
| 65-2604 | HOUSING | NE | 200 | 200 | 1 | 20 |
| 65-2616-13 | BRACKET | NE | 18 | 123 | 7 | 3 |
| 65-2634-57 | BRACKET | NE | 14 | 14 | 1 | 126 |
| 65-28188-2 | DOOR AS | NE | 70 | 70 | 1 | 72 |
| 65-2938-6 | RIB BRACKE | NE | 98 | 196 | 2 | 24 |
| 65-30020-3 | TUBE | NE | 70 | 140 | 2 | 89 |
| 65-31495-6 | FITTING | NE | 210 | 210 | 1 | 21 |
| 65-31527-20 | RAMP MULLI | NE | 53 | 473 | 9 | 106 |
| 65-32272-7 | LINK/ROD/T | NE | 140 | 420 | 3 | 92 |
| 65-33636-1 | COVER | NE | 315 | 945 | 3 | 49 |
| 65-33636-1 | COVER | NE | 315 | 315 | 1 | 160 |
| 65-4071-2 | MANIFOLD | NS | 2,800 | 2,800 | 1 | 79 |
| 65-42194-1 | BRACKET | SV | 30 | 30 | 1 | 4 |
| 65-4395-6 | HANGER | NE | 280 | 280 | 1 | 8 |
| 65-44072-1 | CRANK BELL | NE | 315 | 315 | 1 | 45 |
| 65-45364-1 or -2 | FITTING | NE | 450 | 1,800 | 4 | 40, 140 |
| 65-4704 | AIR VALVE | SV | 150 | 600 | 4 | 237 |
| 65-47158-1 | DRUM | NE | 280 | 280 | 1 | 17 |
| 65-4876 | FITTING/BR | NE | 1,180 | 5,901 | 5 | 18 |
| 65-50473-27 | CLIP | NE | 1 | 70 | 100 | 105 |
| 65-55026-31 | TUBE | SV | 11 | 11 | 1 | 132 |
| 65-55026-35 | TUBE | NS | 35 | 70 | 2 | 91 |
| 65-5954-6 | HANGER | NE | 70 | 70 | 1 | 119 |
| 65-60360-23 | PANEL LIGH | NE | 132 | 794 | 6 | 181 |
| 65-6391-10 | FITTING/AS | SV | 823 | 823 | 1 | 36 |
| 65-6511-18 | ACTUATOR | OH | 700 | 700 | 1 | |
| 65-6513 | BARREL | NE | 1,050 | 1,050 | 1 | 90 |
| 65-68069-51 | SEAL | NE | 210 | 2,730 | 13 | 90 |
| 65-68624-2 | BRACKET | NE | 150 | 300 | 2 | 192, 133 |
| 65-68624-2 | BRACKET | NE | 150 | 900 | 6 | 192, 133 |
| 65-7086 | COVER RATC | NE | 399 | 3,990 | 10 | 118 |
| 65-7273-3001 | SUPPORT | NE | 690 | 690 | 1 | 83 |
| 65-7273-3002 | SUPPRT BRC | NE | 666 | 1,998 | 3 | 150 |
| 65-81100-7 | FITTING | NS | 51 | 459 | 9 | 114 |
| 65-8353-5 | DAMPER ACT | SV | 140 | 280 | 2 | 95 |
| 65-8757-13 | COVER | NE | 1,680 | 6,720 | 4 | 15, 149 |
| 65-8757-13 | COVER | NE | 1,680 | 13,440 | 8 | 15, 149 |
| 65-8866-3001 | CRANK | NE | 280 | 280 | 1 | 133 |
| 65-8866-3001 | CRANK | NE | 280 | 1,120 | 4 | 180 |
| 65-97357-4 | FITTING | NE | 1,800 | 5,400 | 3 | 25 |
| 65-97357-4 | FITTING | NE | 1,800 | 1,800 | 1 | 169b |
| 65-97357-4 | FITTING | NE | 1,800 | 3,600 | 2 | 170, 171 |

| PART NUMBER | DESCRIPTION | CD | Claimed Market Value | Total Market Value | Initial No. Parts | Bag # |
|---|---|---|---|---|---|---|
| 65C18894-33 | GUSSET/MEM | NE | 24 | 96 | 4 | 86 |
| 65C18894-9 | CONE SUPPO | NE | 20 | 40 | 2 | 86 |
| 65C19080-2 | KIT | NE | 350 | 2,450 | 7 | 153 |
| 6-60405 | RETAINER | NE | 75 | 975 | 13 | 57 |
| 66-10237-2 | STRAP | AR | 4 | 46 | 13 | 86 |
| 66-1051-11 | SHIM SPACE | NE | 28 | 1,736 | 62 | 55 |
| 66-10614 | WASHER | NE | 60 | 714 | 12 | 58 |
| 66-10662-2 | SPACER | NE | 11 | 221 | 21 | 92 |
| 66-10711-1 | FLANGE | NE | 70 | 420 | 6 | 17 |
| 66-1074 | BELLCRANK | NE | 315 | 1,260 | 4 | 90 |
| 66-1075 | HOUSING | NE | 230 | 1,382 | 6 | 90 |
| 66-1075-8 | SHIM | NE | 6 | 185 | 33 | 95 |
| 66-10859 | RETAINER | NE | 35 | 175 | 5 | 90 |
| 66-11239 | SPACER WAS | NE | 65 | 585 | 9 | 40 |
| 66-11271-1 | SPRING | NE | 2 | 269 | 137 | 20 |
| 66-11297 | BUSHING | NE | 35 | 1,225 | 35 | 64 |
| 66-11297-1 | BUSHING SL | NE | 59 | 2,950 | 50 | 45 |
| 66-11297-1 | BUSHING | NE | 35 | 2,170 | 62 | 164 |
| 66-11433-3 | BUSHING | NE | 301 | 5,719 | 19 | 56, 172 |
| 66-11433-4 | BUSHING | NE | 75 | 975 | 13 | 76 |
| 66-11469 | SPRING | NE | 9 | 18 | 2 | 80a |
| 66-1353 | BRACKET | NE | 35 | 4,235 | 121 | 90 |
| 66-1353-1 | BRACKET | NE | 14 | 4,172 | 298 | 63 |
| 66-18056 | RING | NE | 11 | 105 | 10 | 72 |
| 66-20014 | SEAL | NE | 150 | 750 | 5 | 137 |
| 66-20258-1 | STUD | OH | 22 | 154 | 7 | 41 |
| 66-20982-1 | SPRING | NE | 6 | 156 | 26 | 57 |
| 66-21039 | FITTING | NE | 42 | 252 | 6 | 90 |
| 66-2112 | BRACKET | NE | 35 | 105 | 3 | 109 |
| 66-2112 | BRACKET | NE | 35 | 5,250 | 150 | 109, 168 |
| 66-2117-1 | TEE SUPPOR | NE | 7 | 168 | 24 | 3 |
| 66-2418 | RETAINER S | NE | 17 | 3,192 | 190 | 1, 123 |
| 66-2418 | RETAINER S | NE | 17 | 50 | 3 | 1, 123 |
| 66-3190 | PLATE | NE | 263 | 2,625 | 10 | 17 |
| 66-3190 | PLATE | NE | 263 | 1,575 | 6 | 195 |
| 66-36018-2 | PIN | NE | 123 | 368 | 3 | 80 |
| 66-3789-2 | PLATE NOSE | NE | 60 | 238 | 4 | 119 |
| 66-4073 | SPRING | NE | 69 | 69 | 1 | 4 |
| 66-4439-1 | RETAIN | NE | 7 | 21 | 3 | 85 |
| 66-4562 | BUSHING | NE | 20 | 20 | 1 | 95 |
| 66-4701 | WASHER | NE | 4 | 18 | 5 | 95 |
| 66-5181 | WASHER | NE | 4 | 4 | 1 | 95 |
| 6-68023 | PANEL | NE | 123 | 1,470 | 12 | 89 |
| 6-68040-3018 | LATCH | NE | 53 | 525 | 10 | 91 |
| 6-68054-2001 | TEE | SV | 38 | 675 | 18 | 3 |

| PART NUMBER | DESCRIPTION | CD | Claimed Market Value | Total Market Value | Initial No. Parts | Bag # |
|---|---|---|---|---|---|---|
| 6-68428 | POPPET | NE | 8 | 85 | 11 | 159 |
| 66-8821 | BUSHING SL | NE | 7 | 266 | 38 | 152 |
| 66-8906 | BRAKE PLAT | NE | 50 | 100 | 2 | 57 |
| 66-9675 | ADAPTER | NE | 40 | 40 | 1 | 86 |
| 66-9903 | RETAINER | NE | 118 | 470 | 4 | 33 |
| 6-72425-3001 | SEAL | NE | 100 | 1,400 | 14 | 92 |
| 673-0823-000 | FILTER | NE | 70 | 70 | 1 | 80 |
| 6-74689 | HOUSING | NE | 70 | 210 | 3 | 80a |
| 6770517-000 | TRANSFORME | NE | 90 | 540 | 6 | 140 |
| 6770517-000 | TRANSFORME | NE | 90 | 360 | 4 | 181 |
| 678-1096-000 | REACTOR TR | NE | 32 | 441 | 14 | 26 |
| 69-10343-2 | FITTING | NE | 150 | 300 | 2 | 86 |
| 69-10494-1 | CLEVIS HIN | NE | 65 | 258 | 4 | 154 |
| 69-10806-1 | BRACKET | NE | 22 | 902 | 41 | 137 |
| 69-10855-1 | SHAFT | SV | 75 | 375 | 5 | 4 |
| 69-11002-3002 | DOOR ASS | NE | 123 | 123 | 1 | 83 |
| 69-11002-3002 | DOOR ASS | NE | 123 | 245 | 2 | 83 |
| 69-11159-5 | PANEL AY / | NE | 2,500 | - | 0 | 197 |
| 69-11194 | SLEEVE | NE | 110 | 441 | 4 | 85 |
| 69-11418-8 | SUPPORT BR | NE | 18 | 210 | 12 | 21 |
| 69-11420-1 | CHANNEL | NE | 53 | 840 | 16 | 61 |
| 69-11514-1 | BRACKET | NE | 140 | 280 | 2 | 22 |
| 69-11558-9 | TUBE | NE | 35 | 1,400 | 40 | 43 |
| 69-11735-6 | STRIP | NE | 4 | 50 | 12 | 132 |
| 69-11735-7 or -6 | STRIP | AR | 8 | 8 | 1 | 33 |
| 69-11751-5 | FILLER | NE | 66 | 658 | 10 | 34 |
| 69-11905-1 | HINGE | NE | 21 | 861 | 41 | 152 |
| 69-12072-1 | HINGE | NE | 11 | 21 | 2 | 146 |
| 69-12142 | SHAFT | NE | 160 | 1,120 | 7 | 63 |
| 69-12189-4 | RING SUPPO | NE | 46 | 2,184 | 48 | 22 |
| 69-12740-1 | BRACKET | NE | 35 | 70 | 2 | 142 |
| 69-13394-1 | TUBE | AR | 125 | 3,000 | 24 | 101, 102, 190, 191 |
| 69-13394-1 | TUBE | AR | 125 | 2,500 | 20 | 102, 101, 190, 191 |
| 69-16117 | CLAMP BRAC | NE | 210 | 630 | 3 | 43 |
| 69-16125-1 | BUSHING/SLEEVE | NS | 33 | 767 | 23 | 114 |
| 69-1677-1 | ARM HINGE | NE | 35 | 35 | 1 | 23 |
| 69-17034-1 | BRACKET SU | NE | 21 | 21 | 1 | 3 |
| 69-17293-4 | ROLLER | NE | 395 | 1,975 | 5 | 61 |
| 69-17550-5 | LINK | NE | 91 | 182 | 2 | 72 |
| 69-18653-1 | GEAR BRACK | NS | 125 | 875 | 7 | 78 |
| 69-18759-1 | FAIRING PL | NE | 34 | 1,210 | 36 | 26 |
| 69-2048-1 | ROD END | NE | 126 | 378 | 3 | 154 |
| 69-2052-2 | SPACER | NE | 6 | 396 | 66 | 137 |

| PART NUMBER | DESCRIPTION | CD | Claimed Market Value | Total Market Value | Initial No. Parts | Bag # |
|---|---|---|---|---|---|---|
| 69-2095-6 | BRACKET | AR | 2 | 15 | 6 | 23 |
| 69-2095-6 | BRACKET | NE | 7 | 42 | 6 | 24 |
| 69-21080-1 | WEIGHT | NE | 30 | 840 | 28 | 80a |
| 69-22689-1 | FITTING | NE | 46 | 546 | 12 | 23 |
| 69-22689-1 | FITTING | NE | 46 | 137 | 3 | 181 |
| 69-22689-1 | FITTING | NE | 46 | 273 | 6 | 119, 118 |
| 69-24488-9 | ANGLE SUPP | NE | 14 | 112 | 8 | 6 |
| 69-25365-2 | BUSHING SP | NE | 105 | 735 | 7 | 17 |
| 69-25440-2 | RETAIN/ASS | SV | 19 | 173 | 9 | 38 |
| 69-2593-3 | COVER PLAT | NE | 21 | 21 | 1 | 21 |
| 69-27079-6 | CLIP BRACK | NE | 11 | 11 | 1 | 23 |
| 69-28001-3002 | DAMPER ROD | SV | 560 | 1,120 | 2 | 97 |
| 69-2860-33 | BUSHING | NE | 44 | 831 | 19 | 78 |
| 69-2860-51 | BOLT BUSHI | NE | 21 | 567 | 27 | 55, 61 |
| 69-2860-52 | BUSHING | NE | 53 | 420 | 8 | 55 |
| 69-2860-59 | BUSHING | NE | 30 | 325 | 11 | 55 |
| 69-30093 | GEAR | SV | 442 | 3,538 | 8 | 91 |
| 69-3323 | TUBE | NE | 16 | 80 | 5 | 24 |
| 69-33677-3 | BRACKET | NE | 18 | 540 | 30 | 71 |
| 69-33974-2 | NOZZLE HEA | NE | 35 | 35 | 1 | 142 |
| 69-34195-3 | STRIKE | NE | 380 | 380 | 1 | 142 |
| 69-3453 | CAM VALVE | NS | 280 | 3,080 | 11 | 78 |
| 69-34532-6 | PLATE | NE | 18 | 35 | 2 | 67 |
| 69-3456-3000 | VALVE REST | NE | 1,260 | 6,300 | 5 | 41 |
| 69-34568-2 | BRACKET | NE | 19 | 190 | 10 | 8 |
| 69-34905-16 | BUSHING/BE | NE | 49 | 2,058 | 42 | 33, 172 |
| 69-34905-16 | BUSHING/BE | NE | 49 | 2,156 | 44 | 33, 172 |
| 69-34905-17 | BUSHING | NE | 12 | 852 | 71 | 20 |
| 69-3602-6 | SHERTIE | NS | 160 | 960 | 6 | 114 |
| 69-3687 | COVER PLAT | NE | 70 | 70 | 1 | 6 |
| 69-36953-1 | PLUG | NE | 70 | 1,540 | 22 | 91 |
| 693724A | SHAFT INPU | NE | 840 | 10,920 | 13 | 43 |
| 69-3827-2 | BRACKET | NE | 67 | 466 | 7 | 17 |
| 69-38514-1 | SUPPORT | NE | 60 | 60 | 1 | 85 |
| 69-3943-1 | FITTING | NE | 70 | 140 | 2 | ? |
| 69-3943-2 | FITTING | NE | 160 | 320 | 2 | 24 |
| 69-3957-22 | RETAINER | NE | 380 | 1,900 | 5 | 21 |
| 69-3957-27 | RETAINER | AR | 120 | 720 | 6 | 118 |
| 69-3957-27 | RETAINER | NE | 380 | 2,280 | 6 | 118, |
| 69-40018-3 | PANEL | NE | 350 | 4,900 | 14 | 124 |
| 69-40018-3 | PANEL | NE | 350 | 350 | 1 | 192 |
| 69-4012-2006 | ANGLE | NE | 70 | 3,570 | 51 | 51 |
| 694073-2 | STUD | NE | 8 | 252 | 30 | 56 |
| 69-41008 | PLATE | NE | 473 | 1,890 | 4 | 34 |
| 69-41008 | PLATE | NE | 473 | 1,418 | 3 | 132 |

Bruno Doerwald Inventory list  Printed 1/14/2002

| PART NUMBER | DESCRIPTION | CD | Claimed Market Value | Total Market Value | Initial No. Parts | Bag # |
|---|---|---|---|---|---|---|
| 69-4118-5 | SEAL | NE | 18 | 35 | 2 | 154 |
| 69-4192 | RETAINER/S | NE | 252 | 1,512 | 6 | 36, 172 |
| 69-4192 | RETAINER/S | NE | 252 | 1,512 | 6 | 36, 172 |
| 69-42475-5 | BUSHING | NE | 105 | 840 | 8 | 86 |
| 69-42475-9 | BUSHING | NE | 48 | 432 | 9 | 86 |
| 69-43183-1 | LINK / ROD | SV | 19 | 76 | 4 | 6 |
| 69-47090-6 | PIN | NE | 64 | 773 | 12 | 95 |
| 69-47090-9 | PIN | NE | 53 | 53 | 1 | 95 |
| 69-4769-1 | VALVE BODY | NE | 420 | 2,100 | 5 | 26 |
| 69-47691-3 | ASHTRAY | NE | 11 | 32 | 3 | 58 |
| 69-55011-1 | SPRING | NE | 9 | 131 | 15 | 6 |
| 69-55353-1 | WASHER | NE | 40 | 1,594 | 40 | 192, G584 |
| 69-5550 | HOOK FITTI | NS | 35 | 70 | 2 | 72 |
| 69-5795 | GEAR | NE | 1,250 | 13,750 | 11 | 78 |
| 69-6233-5 | RING | NE | 53 | 53 | 1 | 72 |
| 69-6373 | PLUG | NE | 32 | 189 | 6 | 83 |
| 69823-18-23 | STUD BOLT | NE | 8 | 1,643 | 219 | 86 |
| 69-8351 | HOUSING VA | NE | 1,750 | 10,500 | 6 | 149 |
| 69-8351 | HOUSING VA | NE | 1,750 | 10,500 | 6 | 66? |
| 69-8679-1 | ARM | AR | 500 | 500 | 1 | 86 |
| 69-8690 | FLANGE | NE | 35 | 140 | 4 | 80a |
| 69-9160 | DOOR | NE | 46 | 137 | 3 | 24 |
| 699443-1 | STUD | NE | 6 | 34 | 6 | 57 |
| 699645GL | SPACER | NE | 11 | 95 | 9 | 80 |
| 6F1956-3 | RESTRICTOR | NE | 105 | 105 | 1 | 72 |
| 6F1956-9 | RESTRICTOR | SV | 125 | 2,625 | 21 | 139 |
| 6J6A | TUBE | NE | 3 | 79 | 30 | 137 |
| 7002P | SHOCKMOUNT | NE | 7 | 21 | 3 | 80a |
| 70J2481-11 | DOOR | AR | 25 | 49 | 2 | 73 |
| 7-1255-51 | FLOAT | AR | 1,050 | 1,050 | 1 | 80a |
| 725500-2 | DRIP STICK | SV | 350 | 700 | 2 | 150 |
| 74-451-34 | PATCH OVAL | NE | 14 | 14 | 1 | 133 |
| 749395-2 | GEAR | NE | 105 | 210 | 2 | 71 |
| 755-32-2-8 | CLAMP | NE | 6 | 818 | 146 | 146 |
| 75935-1 | ESCUT | NE | 2 | 90 | 60 | 137 |
| 800-030-6 | WASHER/LOC | NE | 1 | 53 | 75 | 38 |
| 80-304 | WASHER | NE | 0 | 33 | 95 | 142 |
| 811-3 | TEE | NE | 4 | 46 | 11 | 42 |
| 812-1 | NUT | NE | 14 | 4,480 | 320 | 123 |
| 885112-6D | NIPPLE | NE | 25 | 4,582 | 187 | 128 |
| 885409-16D | NIPPLE | NE | 105 | 1,365 | 13 | 92 |
| 90-2246-2005 | TERMINAL S | NE | 112 | 1,008 | 9 | 63 |
| 90-2377-3002 | ROD | NE | 123 | 490 | 4 | 21 |
| 90-3359-2 | DOOR | NE | 259 | 2,072 | 8 | 86 |
| 90-5018 | TUBE ASSY | NE | 330 | 990 | 3 | 125 |

Bruno Doerwald Inventory list

Printed 1/14/2002

| PART NUMBER | DESCRIPTION | CD | Claimed Market Value | Total Market Value | Initial No. Parts | Bag # |
|---|---|---|---|---|---|---|
| 90-5581-3001 | BUSHING FI | NE | 560 | 2,800 | 5 | 70 |
| 90-8654 or 90-8655 | CLAMP FITT | NE | 420 | 420 | 1 | 86 |
| 90-9473-19 | BUSHING | NE | 18 | 1,138 | 65 | 86 |
| 90-9473-20 | BUSHING | NE | 7 | 364 | 52 | 90 |
| 90-9473-33 | BUSHING | NE | 11 | 158 | 15 | 72 |
| 9-2649-76-1 | CAP | NE | 280 | 3,080 | 11 | 56 |
| 9300-134 | FLYWHEEL | NE | 25 | 75 | 3 | 71 |
| 93-172 | PLATE | NE | 18 | 630 | 36 | 97 |
| 9-55679-2004 | FITTING | SV | 65 | 130 | 2 | 8 |
| 9-61945-3000 | BRACKET | NE | 163 | 163 | 1 | 1 |
| 9-65864-3000 | ROD ASSY | SV | 53 | 53 | 1 | 109 |
| 9-66369-1 | SHAFT | NE | 758 | 758 | 1 | 95 |
| 9-67066-4 | RIB NOSE A | NE | 400 | 22,000 | 55 | 119 |
| 980629-6 | FITTIN/ELB | NE | 13 | 895 | 71 | 38 |
| 98265-2-170 | STUD | NE | 1 | 34 | 24 | 159 |
| 98265-5-550 | STUD/TURN& | NS | 1 | 50 | 50 | 4 |
| 985628-8-6 | NIPPLE | NE | 11 | 231 | 22 | 78 |
| 98575-3 | SPRING | NE | 18 | 263 | 15 | 80a |
| A10024-1 | VALVE | SV | 630 | 4,410 | 7 | 172? |
| A11940-1 | BUSHING | NE | 7 | 665 | 95 | 76 |
| A1224F | SWITCH | NE | 4 | 21 | 6 | 73 |
| A12616-17 | RELAY BRACKET | NE | 1,750 | 5,250 | 3 | 71 |
| A3128-101 | FITTING/EL | NE | 98 | 1,176 | 12 | 72 |
| A5277-101 | SLEEVE | SV | 105 | 1,050 | 10 | 11 |
| A5341-5 | BUSHING | NE | 21 | 33,894 | 1614 | 77 |
| A6024 | MOTOR | NE | 8 | 25 | 3 | 71 |
| A8135-1 | CABLE ASSY | SV | 18 | 105 | 6 | 138 |
| A8184-005 | DUCT/SLEEV | NE | 20 | 490 | 25 | 55 |
| AD969-1CH | COUPLER AN | NE | 420 | 420 | 1 | 55 |
| AGS2097-C40 | BONDING | | 5 | 4,635 | 1030 | 238 |
| AN3C25A | BOLT LOCK | NE | 1 | 35 | 39 | 126 |
| AN6-30A | BOLT FASTE | NE | 4 | 546 | 156 | 146 |
| AR5965 | C0IL INDUC | NE | 35 | 630 | 18 | 64 |
| AS2883 | ARM | NE | 140 | 140 | 1 | 89 |
| AS2955 | WEDGE LENS | NS | 770 | 770 | 1 | 142 |
| AS2X1E | SUPPRESSOR | NE | 7 | 21 | 3 | 89 |
| AV13J5102 | VALVE | RP | 140 | 140 | 1 | 1 |
| AVX3850 | PLUG MOUDE | NE | 18 | 35 | 2 | 89 |
| B400-2-2 | ELBOW | NE | 79 | 1,738 | 22 | 51 |
| B400-3TMT | TEE MALE R | NE | 65 | 390 | 6 | 55 |
| B5634P2 | HEATER | NE | 50 | 2,850 | 57 | 141 |
| B787 | TUBE | SV | 1,260 | 2,520 | 2 | 89 |
| B833-2B | KNOB | NS | 18 | 263 | 15 | 89 |
| BACB30BH10C40 | BOLT | NE | 36 | 792 | 22 | 70 |
| BACB30CT8-7 | BOLT | NE | 1 | 10 | 16 | 115? |

| PART NUMBER | DESCRIPTION | CD | Claimed Market Value | Total Market Value | Initial No. Parts | Bag # |
|---|---|---|---|---|---|---|
| BACB30FN10-12 | BOLT | NE | 2 | 49 | 28 | 1 |
| BACB30FN10-12 | BOLT | NE | 2 | 5 | 3 | ? |
| BACB30FN10-12 | BOLT | NE | 2 | 4 | 2 | 116? |
| BACB30FN8-6 | PIN/BOLT/H | NE | 0 | 31 | 88 | 116 |
| BACB30FP10-19 | BOLT/PIN | NE | 3 | 16 | 6 | 1 |
| BACB30GE5D70 | BOLT LOCK | NE | 32 | 126 | 4 | 126,116 |
| BACB30GE5D70 | BOLT LOCK | NE | 32 | 2,993 | 95 | 126, 116 |
| BACB30GE6D33 | BOLT | NE | 18 | 2,310 | 132 | 33 |
| BACB30GY10-10 | BOLT | AR | 1 | 112 | 92 | 131 |
| BACB30KF6-4 | HI-LOK BOL | NE | 0 | 26 | 153 | 116 |
| BACB30KK6-10 | BOLT | NE | 1 | 4 | 6 | 117 |
| BACB30KK8-13 | BOLT | NS | 1 | 7 | 7 | 1 |
| BACB30LU2-7 | BOLT | NE | 0 | 36 | 107 | 159 |
| BACB30MY8C7 | BOLT | NE | 18 | 35 | 2 | 72 |
| BACB30NF10-59 | BOLT | NE | 18 | 123 | 7 | 132 |
| BACC30R8 | COLLAR | NE | 0 | 2 | 18 | 1 |
| BACF32A8A | FERRULE | NE | 18 | 3,623 | 207 | 131 |
| BACN10FP6 | NUT | NE | 14 | - |  | 72 |
| BACR15BA8D8 | RIVET PIN | NE | 7 | 1,400 | 200 | 167 |
| BACR15CE6D6 | RIVET BOLT | NE | 15 | 9,000 | 600 | 168 |
| BACW10BN32AP | WASHER | NE | 1 | 202 | 289 | 116 |
| C31-25 | EXT. CABLE | NE | 63 | 63 | 1 | 108 |
| C80227 (680227) | SPRING | NE | 1 | 190 | 190 | 125 |
| D6101 | HANDLE | NE | 18 | 228 | 13 | 38 |
| D9449-1 | LENS WING, RED, 605 D9 | AR | 74 | 1,397 | 19 | 168 |
| D9449-2 | LENS/GREEN | NE | 14 | 420 | 30 | 130 |
| D9449-2 | LENS/GREEN | NE | 14 | 238 | 17 | 126, 130 |
| D9449-2 | LENS/GREEN | NE | 14 | 350 | 25 | 126, 130 |
| D9928-1 | WORM DRIVE | NE | 228 | 5,460 | 24 | 80 |
| D9932-1 | CANOPY | NE | 21 | 525 | 25 | 41 |
| G67479-5 | NIPPLE ELB | NE | 18 | 1,750 | 100 | 97 |
| G9926-1 | CASTING UN | NE | 350 | 350 | 1 | 61 |
| GC598-24 | SLEEVE |  | 95 | 2,188 | 23 | 239 |
| H833-9 | LATCH | NE | 123 | 245 | 2 | 61 |
| HL18PB38 | HILOK |  | 3 | 564 | 188 | 238 |
| HL18PB8-17 | HI-LOK PIN | NE | 1 | 35 | 50 | 117 |
| HL18PB8-3 | HILOK |  | 1 | 2,144 | 1715 | 239 |
| JS71 | MICRO SWIT | NE | 4 | 81 | 23 | 72 |
| K432305 | INSERT |  | 19 | 5,605 | 295 | 238 |
| L1850-113 | NET/CARTER | SV | 9 | 18 | 2 | 126 |
| LM806610 | BEARING | NE | 7 | 129 | 18 | 30 |
| LM806649 | BEARING | NE | 35 | 105 | 3 | 89 |
| M21075 | BEZEL | NE | 105 | 840 | 8 | 72 |
| M5821-3 | SHADE SHIE | NE | 25 | 123 | 5 | 34 |
| M83723/77R1212N | CONNECTOR | NE | 23 | 211 | 9 | 133 |

Bruno Doerwald Inventory list

Printed 1/14/2002

| PART NUMBER | DESCRIPTION | CD | Claimed Market Value | Total Market Value | Initial No. Parts | Bag # |
|---|---|---|---|---|---|---|
| M8468-1 | RELAY GROU | OH | 80 | 80 | 1 | 142 |
| M8840-9 | PIN TUBE | NS | 450 | 7,650 | 17 | 60 |
| M8840-9 | PIN TUBE | NS | 450 | 6,300 | 14 | 138 |
| M9533-1 | ADAPTER | NE | 375 | 749 | 2 | 97 |
| MD1946 | STUD | NE | 20 | 60 | 3 | 4 |
| MDV1-4 | FUSE, solder type | NE | 7 | 630 | 90 | 126 |
| MDV1-4 | FUSE | NE | 7 | 315 | 45 | 181 |
| MHJX6056 | RELAY/CONT | NE | 30 | 298 | 10 | 132 |
| ML17D (62294) | RELAY COIL | NS | 25 | 490 | 20 | 68 |
| MS16630-1137 | RING | NE | 0 | 179 | 447 | 126 |
| MS20010H134 | BOLT PIN L | NE | 7 | 14 | 2 | 90 |
| MS20392-3-13 | PIN | NE | 0 | 133 | 381 | 132 |
| MS20426B4-12 | RIVET SOLI | NE | 1 | 44 | 44 | 192 |
| MS20426DD5-8 | RIVET SOLI | NE | 1 | 3,025 | 4802 | 117 |
| MS20427M6-4 | RIVET | | 15 | 10,150 | 700 | 239 |
| MS20822-6-6D | ELBOW TUBE | NE | 7 | 117 | 17 | 57 |
| MS21025-23 | NUT | NE | 19 | 56 | 3 | 146 |
| MS21250H07010 | BOLT | NS | 16 | 624 | 39 | 114 |
| MS21910D5 | TEE | NE | 7 | 399 | 57 | 73 |
| MS21911-4 | TEE | NE | 13 | 1,008 | 77 | 68 |
| MS21924-12J | UNION | NE | 18 | 54 | 3 | 95 |
| MS25253-3 | SWITCH | NE | 8 | 224 | 28 | 4 |
| MS28775-235 | PACKING O' | NE | 1 | 3 | 6 | 116 |
| MS28777-28 | SEAL RING | NE | 1 | 6 | 8 | 126 |
| MS29513-221 | PACKING | NE | 0 | 25 | 86 | 159 |
| MS3100R24-22S | CONNECTOR | NE | 129 | 129 | 1 | 141 |
| MS3102A10SL-3P | CONNECTOR | NE | 12 | 238 | 20 | 83 |
| N3634-1 | MOTOR | NE | 140 | 1,120 | 8 | 34 |
| NAS1237-6 | ELBOW FITT | NE | 25 | 1,310 | 52 | 30 |
| NAS2908E14 | BOLT | NE | 18 | 1,453 | 83 | 73 |
| NAS42DD6-20 | SPACER | NE | 8 | 1,688 | 201 | 126 |
| NAS43DD3-63 | SPACER BUS | NS | 0 | 48 | 345 | 33 |
| NAS43DD3-70 | SPACER | NE | 1 | 47 | 47 | 116 |
| NAS43DD3-9 | SPACER | NE | 0 | 88 | 733 | 126 |
| NAS43DD4-162 | SPACER | NE | 0 | 35 | 99 | 142 |
| NAS43DD4-192 | SPACER | NE | 4 | 158 | 41 | 95 |
| ND3212 | BEARING | NE | 26 | 78 | 3 | 57 |
| P116-421-12-495 | STUD | NE | 1 | 34 | 49 | 76 |
| P1296 | KNOB | NE | 4 | 186 | 53 | 126 |
| P24135 | MOTOR | NE | 325 | 325 | 1 | 80a |
| P35285 | DISC INSUL | NE | 1 | 27 | 31 | 133 |
| P664 | VALVE CHEC | NS | 98 | 980 | 10 | 83 |
| P664 | VALVE CHEC | NS | 98 | 2,156 | 22 | 195 |
| P6B | RIVET HUCK | NE | 18 | 2,905 | 166 | 89 |
| PAAC1H2 | HEATER ELE | NE | 175 | 175 | 1 | 55 |

Bruno Doerwald Inventory list                                              Printed 1/14/2002

| PART NUMBER | DESCRIPTION | CD | Claimed Market Value | Total Market Value | Initial No. Parts | Bag # |
|---|---|---|---|---|---|---|
| R3002T8-13 | BOLT LOCK | NE | 4 | 644 | 184 | 133 |
| R3007T12-8 | BOLT | NE | 2 | 228 | 93 | 89 |
| R3007T6-12 | BOLT LOCK | NE | 0 | 20 | 120 | ? |
| R3008T6-14 | BOLT | NE | 2 | 507 | 207 | 35 |
| RH25-10 | RESIST | NE | 2 | 13 | 7 | 137 |
| RN55D1691F | RESISTOR | NE | 1 | 4 | 4 | 137 |
| RN65D6043F | RESIST | NE | 4 | 444 | 111 | 147 |
| S29C71 | CLAMP FLAN | NE | 280 | 1,400 | 5 | 55 |
| S8057R101 | PACKING GA | NE | 18 | 508 | 29 | 131 |
| S8154-313C005 | WASHER | NE | 1 | 119 | 113 | 131 |
| S8157N125-031 | WASHER | NE | 0 | 16 | 75 | 131 |
| S8157N35-030 | WASHER | NE | 6 | 450 | 75 | 116 |
| SL607-3-65 | NUT INSERT | NE | 1 | 16 | 16 | 133 |
| SL607-3-8S | TAB/INSERT | NE | 7 | 182 | 26 | 133 |
| SP140-27 | RING | NE | 5 | 450 | 100 | 146 |
| SR-03R | INDICATOR | SV | 198 | 198 | 1 | 114 |
| SUE12685 | TRANSFORME | NE | 7 | 46 | 7 | 137 |
| TR724-05 | VALVE STEM | SV | 9 | 508 | 58 | 97 |
| TVA1406 | CAPACITOR | NE | 3 | 27 | 10 | 4 |
| UA723HM | INTEGRATED | NE | 2 | 47 | 19 | 51 |
| V5-110 | SPRING | NE | 4 | 4 | 1 | 126 |
| YSV10 | RIVET CONN | NE | 1 | 840 | 600 | 142 |
| YSV10 | RIVET CONN | NE | 1 | 840 | 600 | 181 |
| Z984711-3 | SHIM | NE | 0 | 2 | 5 | 116 |
| ZY1011-9 | ELBOW | NE | 18 | 578 | 33 | 36 |
| ZY1211-9 | ELBOW | NE | 14 | 84 | 6 | 137 |
|  | Part / bag count verified |  |  |  |  |  |
|  | Total market value |  |  | 1,161,525 |  |  |
|  | Total trade value |  |  | 120,059 |  |  |