UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br><br>MICHAEL E. FULLER,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NUMBER: 00-6181-CR-HUCK<br><br>JUDGE PAUL C. HUCK |

## REQUEST FOR HEARING ON DEFENDANT'S
## UNOPPOSED MOTION FOR TERMINATION OF PROBATION

**COMES NOW** the Defendant, Michael E. Fuller respectfully requests this Honorable Court to set a hearing on the Defendant's Unopposed Motion for Termination of Supervised Release if required to issue a ruling on the Motion. Defense Counsel would request fifteen (15) minutes for this hearing.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of foregoing document has been furnished to the AUSA, Diana Fernandez, 500 Australian Avenue North, Fourth Floor, West Palm Beach, FL 33401 and U.S. Probation Officer, Marcia Roland, 501 S. Flagler Drive, Suite 400, West Palm Beach, FL 33401 by regular mail this 11th day of March, 2003.

Respectfully submitted,

SAMUEL J. MONTESINO, P.A.
Attorney for the Defendant
2161 Palm Beach Lakes Blvd., Suite 308
West Palm Beach, FL 33409
Tel. (561) 721-3322   Fax. (561) 721-3366

BY: _____
SAMUEL J. MONTESINO
Florida Bar No. 0043011

cc.
Honorable Judge Paul C. Huck, via UPS Next Day Air delivery

