UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6181-CR-HUCK
Magistrate Judge William C. Turnoff

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

MICHAEL E. FULLER,

   Defendant.
_____/



FILED by E.F. D.C.

MAR 17 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR TERMINATION OF PROBATION

THIS CAUSE is before this Court on Defendant's Unopposed Motion for Termination of Probation and Request for Hearing on Defendant's Unopposed Motion for Termination of Probation, both filed on March 12, 2003. Upon consideration and otherwise being fully advised as to the premises, it is

ORDERED AND ADJUDGED that the Defendant's Unopposed Motion for Termination of Probation is **GRANTED**, it is further

ORDERED AND ADJUDGED that the Defendant's Request for Hearing on Defendant's Unopposed Motion for Termination of Probation is **DENIED**.

DONE AND ORDERED in Chambers, Miami, Florida, this 14 day of March, 2003.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

CC.   AUSA Diana Fernandez, Esq.
      Samuel J. Montesino, Esq.
      U.S. Probation - Marcia Roland - WPB

